**Dismissed and Memorandum Opinion filed November 25, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00902-CV

## IN THE INTEREST OF D.M.M., A CHILD, Appellant

### On Appeal from the 246th District Court
### Harris County, Texas
### Trial Court Cause No. 2013-75587

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order of transfer signed October 15, 2014. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is entered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On November 10, 2014, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed a response in which he argues this court has jurisdiction because the trial court's order transferring this case from the 246th District Court to the 308th District Court "effectively represents a denial of [appellant]'s Motion to Dismiss." Even if we consider the trial court's order as appellant suggests, this court does not have jurisdiction over the denial of a motion to dismiss under these circumstances. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (listing interlocutory orders that may be appealed).

Accordingly, the appeal is ordered dismissed.


PER CURIAM



Panel consists of Justices Boyce, Jamison, and Donovan.